IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN DOBBINS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-cv-00672-L** |
| | § | |
| **FEDERAL RESERVE BANK OF DALLAS,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant Federal Reserve Bank's ("Defendant") Motion to Dismiss Plaintiff's Amended Complaint ("Motion") (Doc. 8). On April 22, 2020, the court referred the Motion to United States Magistrate Judge David Horan. On December 29, 2020, Magistrate Judge Horan entered the Findings, Conclusions, and Recommendation ("Report") (Doc. 14). Specifically, Magistrate Judge Horan determined that the court should grant the Motion as to Plaintiff Kevin Dobbins's ("Plaintiff" or "Mr. Dobbins") claim for discrimination under the Texas Commission on Human Rights Act ("TCHRA") and dismiss it with prejudice; and deny the Motion as to Plaintiff's claim for discrimination under the Americans with Disabilities Act ("ADA"). Plaintiff filed his Objections (Doc. 15) on January 12, 2021; and Defendant filed its Response to Plaintiff's Objections (Doc. 16) on January 26, 2021.

Plaintiff objects to the Report because he contends that it incorrectly concludes that the Federal Reserve Act ("FRA") preempts his TCHRA claim. Defendant disagrees and contends that the Report correctly held that the FRA preempts the TCHRA. The court agrees.

Having reviewed the pleadings, record, Report, and applicable law, and having conducted a de novo review of those portions of the Report to which objections were made, the court **accepts** the findings and conclusions of the Magistrate Judge as those of the court, and **overrules** Plaintiff's objection. The court, therefore, **grants** Defendant's Motion to Dismiss (Doc. 8) with respect to the FRA's preemption of Plaintiff's TCHRA claim; **dismisses with prejudice** the TCHRA claim; and **denies** Defendant's Motion to Dismiss (Doc. 8) with respect to the ADA claim as being time-barred.

**It is so ordered** this 31st day of March, 2021.

*[signature]*

Sam A. Lindsay
United States District Judge